UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEONG,<br><br>       Petitioner,<br><br>   v.<br><br>D. ASUNCION,<br><br>       Respondent. | No. 2:16-cv-1213 GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has now submitted his application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on the form used by this district.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that Petitioner's motion to proceed in forma pauperis, filed July 21, 2016 (ECF No. 8), is granted.

Dated: August 3, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Leon1213.ifp.grt