IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER LEONG,**<br><br>                              Petitioner,<br><br>         v.<br><br>**D. ASUNCION,**<br><br>                              Respondent. | Case No. 2:16-cv-1213-MCE-GGH<br><br>**ORDER** |

    Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including March 23, 2017, to file a responsive pleading to Petitioner's Petition for Writ of Habeas Corpus.

    Absent compelling reasons, no further extensions will be approved in this nine month old case.

Dated: February 22, 2017

                                      /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE